

SEALED

FILED

MAR - 8 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          ) Case No. 2:12-CR-93 WBS
                                   )
           Plaintiff,              )
                                   )
     v.                            ) ORDER TO SEAL
                                   )
CASSIDY ADAM FRANKLIN,             ) (UNDER SEAL)
                                   )
           Defendant.              )
                                   )

   The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Kyle Reardon to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the government gives written notice to the Clerk's Office of defendant's arrest or until further order of the Court.

DATED: 3-8-2012

                                   EDMUND F. BRENNAN
                                   United States Magistrate Judge

1