1 | BENJAMIN B. WAGNER
United States Attorney
2 | KYLE REARDON
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone: (916) 554-2700

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      )
                                   )
12 |          Plaintiff,           )    NO. 2:12-CR-093 WBS
                                   )
13 |      v.                       )    ORDER UNSEALING FILES
                                   )
14 | CASSIDY ADAM FRANKLIN,         )
                                   )
15 |          Defendant.           )
    _____)
16

17       Upon application of the government, and good cause appearing

18  therefore, IT IS HEREBY ORDERED that the files in the above-

19  referenced case be, and hereby are, UNSEALED.

20  DATED: March 12, 2012

21

22                              EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28