## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

USA ,

v.

**CASSIDY ADAM FRANKLIN ,**

8807139

WARRANT FOR ARREST

Case No: **2:12−CR−00093−WBS *SEALED***

2012 MAR 8 PM 1:21

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **Cassidy Adam Franklin ,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment    ☐ Information    ☐ Violation Petition    ☐ Other

**FILED**

MAR 13 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

charging him or her with (brief description of offense)
**Receipt of Child Pornography**

in violation of Title  **18**         United States Code, Section(s)  **2252(a)(2)**

L. Reader
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at  **$NO BAIL**

Deputy Clerk
Title of Issuing Officer

**3/8/12            Sacramento**
Date and Location

by   **Magistrate Judge Edmund F. Brennan**

---

**RETURN**

This warrant was received and executed with the arrest of the above−named defendant

3-8-'12
Date Received

ANDREW D FORROTER    FBI
Name and Title of Arresting Officer

3-12-12
Date of Arrest

Signature of Arresting Officer