**FILED**
March 13, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CASSIDY ADAM FRANKLIN, ) <br> ) <br> Defendant. ) | Case No. 2:12-cr-00093-WBS <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release CASSIDY ADAM FRANKLIN, Case No. 2:12-cr-00093-WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $25,000.00.

  _X_   Co-Signed Unsecured Appearance Bond

  ___   Secured Appearance Bond

  _X_   (Other) Conditions as stated on the record.

  ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 3/13/2012 at 2:37 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge