DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CASSIDY FRANKLIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-00093 WBS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| CASSIDY FRANKLIN | Date: May 14, 2012 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. William B. Shubb |

The parties request that the status conference in this case be continued from April 30, 2012 to May 14, 2012 at 9:30 a.m. They stipulate that the time between April 30, 2012 and May 14, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Defense counsel needs time to continue investigating the facts of the case. Specifically, defense counsel needs additional time to review and examine the forensic evidence and to consult with the defendant. The parties

1 stipulate and agree that the interests of justice served by granting this
2 continuance outweigh the best interests of the public and the defendant
3 in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv).

4 Dated: March 22, 2012                    Respectfully submitted,

5                                          DANIEL BRODERICK
                                           Federal Defender

7                                          /s/ Douglas Beevers
                                           DOUGLAS BEEVERS
8                                          Assistant Federal Defender
                                           Attorney for Defendant
9                                          CASSIDY FRANKLIN

10
   Dated: March 22, 2012                   BENJAMIN B. WAGNER
11                                         United States Attorney

12
                                           /s/ Kyle Reardon
13                                         KYLE REARDON
                                           Assistant U.S. Attorney
14

15                                **ORDER**

16     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
17 ordered that the status conference presently set for April 30, 2012 be
18 continued to May 14, 2012, at 9:30 a.m.  Based on the representation of
19 counsel and good cause appearing therefrom, the Court hereby finds that
20 the ends of justice to be served by granting a continuance outweigh the
21 best interests of the public and the defendant in a speedy trial.  It is
22 ordered that time from the date of this Order, to and including, the May
23 14, 2012, status conference shall be excluded from computation of time
24 within which the trial of this matter must be commenced under the Speedy
25 Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.
26 Dated:  March 23, 2012

                                    _____
                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE

Stip and Order                       -2-