1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DOUGLAS J. BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CASSIDY FRANKLIN

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,      ) NO. CR-S-12-0093 WBS
                                  )
12              Plaintiff,        )
                                  ) STIPULATION AND [PROPOSED] ORDER
13       v.                       ) MODIFYING CONDITIONS OF RELEASE
                                  )
14 CASSIDY FRANKLIN,              ) Date:  NONE
                                  ) Time:  NONE
15              Defendants.       ) Judge: Hon. Gregory G. Hollows
                                  )
16 _____  )
                                  )
17

18      It is hereby stipulated between the parties, Kyle Reardon, Assistant

19 United States Attorney, attorney for plaintiff and Douglas J. Beevers,

20 Assistant Federal Defender, attorney for defendant CASSIDY FRANKLIN, that

21 the Conditions of Release, Special Condition #21 be added and amended as

22 follows: **#21 You shall participate in a program of medical or psychiatric**

23 **treatment, including treatment for drug or alcohol dependency, as**

24 **approved by the pretrial services officer.** U.S. Pretrial Services

25 Officers, counsel for the government, and counsel for defendant, CASSIDY

26 FRANKLIN, agree with the condition as set forth therein.

27      The U.S. Pretrial Services Office and the U.S. Attorney's Office

28 have no objection to the proposed modification.

**IT IS SO STIPULATED**

Dated:    April 13, 2012              Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Douglas J. Beevers
                                      _____
                                      DOUGLAS J. BEEVERS
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      CASSIDY FRANKLIN

Dated:    April 13, 2012              BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Kyle Reardon
                                      _____
                                      Kyle Reardon
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

## O R D E R

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that as to defendant CASSIDY FRANKLIN'S Conditions of Release, Special Condition #21 be added and amended as follows: **#21 You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.**

**IT IS SO ORDERED.**

Dated: April 17, 2012

                    /s/ Gregory G. Hollows
                    UNITED STATES MAGISTRATE JUDGE