```
BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | CASE NO.  2:12-CR-0093 WBS |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM MAY 14, 2012, UNTIL JUNE 4, 2012** |
| CASSIDY ADAM FRANKLIN, | |
| Defendant. | |

The parties request that the status conference currently set for Monday, May 14, 2012, at 9:00 a.m., be continued to Monday, June 4, 2012, at 9:00 a.m., and stipulate that the time beginning May 14, 2012, and extending through June 4, 2012, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

The parties continue to investigate matters relevant to the prosecution of this case with the goal of resolving it prior to trial.  In addition, Defense Counsel has not yet reviewed the substantial volume of computer evidence seized in this case.  Such a review is necessary in order for Defense Counsel to properly advise the defendant.  Accordingly, the parties believe that the time from

1  May 14, 2012, until June 4, 2012, should be excluded from the
2  calculation of time under the Speedy Trial Act.  The exclusion of
3  time is appropriate to ensure effective preparation, taking into
4  account the exercise of due diligence.  18 U.S.C. §
5  3161(h)(7)(B)(iv); Local Code T4.  The parties believe that the
6  interests of justice served by granting this continuance outweigh the
7  best interests of the public and the defendant in a speedy trial.  18
8  U.S.C. § 3161(h)(7)(A).

9  Dated: May 10, 2012                     Respectfully Submitted,

10                                         BENJAMIN B. WAGNER
                                           United States Attorney
11

12
                                       By: */s/ Kyle Reardon*
13                                         KYLE REARDON
                                           Assistant U.S. Attorney
14

15
   Dated: May 10, 2012                     */s/ Kyle Reardon* for
16                                         DOUGLAS BEEVERS
                                           Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> v. <br><br> CASSIDY ADAM FRANKLIN, <br><br> Defendant. | CASE NO.  2:12-CR-0093 WBS <br><br> **ORDER CONTINUING STATUS CONFERENCE FROM MAY 14, 2012, UNTIL JUNE 4, 2012** |

The parties' stipulation is approved and so ordered.  The time beginning May 14, 2012, until June 4, 2012, is excluded from the calculation of time under the Speedy Trial Act.  This exclusion is appropriate to ensure effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A). The status conference currently set for Monday, May 14, 2012, at 9:00 a.m., is continued to Monday, June 4, 2012, at 9:00 a.m.

DATED:  May 10, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE