1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CASSIDY FRANKLIN

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No.   2:12-cr-00093 WBS
                                     )
12              Plaintiff,           )   STIPULATION AND [PROPOSED] ORDER
                                     )   TO CONTINUE STATUS CONFERENCE
13        v.                         )
                                     )
14  CASSIDY FRANKLIN                 )   Date: August 20, 2012
                                     )   Time: 9:30 a.m.
15              Defendant.           )   Judge: Hon. William B. Shubb
                                     )
16                                   )
    _____  )
17

18
         The parties request that the status conference in this case be continued from August 13, 2012 to August
19
    20, 2012 at 9:30 a.m.  They stipulate that the time between August 13, 2012 and August 20, 2012 should be
20
    excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice
21
    are served by the Court excluding such time, so that counsel for the defendant may have reasonable time
22
    necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §
23
    3161(h)(7)(B)(iv).  Defense counsel needs time to continue investigating the facts of the case. Specifically,
24
    defense counsel needs additional time to review and examine the forensic evidence and to consult with the
25
    defendant. In addition, defense counsel is unavailable for the presently scheduled date of August 13, 2012.
26
    The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the
27
    best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(B)(iv).
28

| | |
|---|---|
| Dated: August 9, 2012 | Respectfully submitted,<br><br>DANIEL BRODERICK<br>Federal Defender<br><br>*/s/ Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>CASSIDY FRANKLIN |
| Dated: August 9, 2012 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Kyle Reardon*<br>KYLE REARDON<br>Assistant U.S. Attorney |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for August 13, 2012 be continued to August 20, 2012, at 9:30 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the August 20, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: August 10, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE