BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | CASE NO.  2:12-CR-0093 WBS |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR GOVERNMENT REPLY BRIEF UNTIL NOVEMBER 14, 2012** |
| CASSIDY ADAM FRANKLIN, | |
| Defendant. | |

The parties appeared before the Court on August 20, 2012, and set a briefing schedule for the defendant's motion to suppress.  At that time, the United States was ordered to file its reply brief no later than October 29, 2012. A hearing on the motion to suppress was set for December 3, 2012.

On September 19, 2012, the defendant filed his "Notice of Motion and Motion to Suppress," along with his "Memorandum in Support of Motion to Suppress."  C.R. 29.

The parties hereby stipulate that the due date for the United States' reply brief to the defendant's motion is continued from October 29, 2012, to November 14, 2012.  As a result of the filing of

the defendant's pretrial motion, the parties further stipulate that time should continue to be excluded from the calculation of time under the Speedy Trial Act until the conclusion of the hearing on, or other prompt resolution of, the motion to suppress by the Court.  18 U.S.C. § 3161(h)(1)(D); Local Code E.

Dated: October 30, 2012                Respectfully Submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney


                                  By:  */s/ Kyle Reardon*
                                       KYLE REARDON
                                       Assistant U.S. Attorney


Dated: October 30, 2012                */s/ Kyle Reardon* for
                                       DOUGLAS BEEVERS
                                       Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES,<br><br>                Plaintiff,<br><br>v.<br><br>CASSIDY ADAM FRANKLIN,<br><br>                Defendant. | CASE NO.  2:12-CR-0093 WBS<br><br>**ORDER GRANTING PARTIES' STIPULATION CONTINUING DATE FOR GOVERNMENT REPLY BRIEF UNTIL NOVEMBER 14, 2012** |

The parties' stipulation is approved and so ordered.  Time shall continue to be excluded from the calculation of time under the Speedy Trial Act until the conclusion of the hearing on, or other prompt resolution of, the motion to suppress by the Court.  18 U.S.C. § 3161(h)(1)(D); Local Code E.

DATED:  October 30, 2012

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE